# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CAMILLE WORD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PROFIT SERVICES GROUP LLC, ) <br> a Georgia limited liability company, and ) <br> DAVID P. FREITAG, individually and ) <br> sometimes d/b/a "Credit Collection ) <br> Services," ) <br> Defendants. ) | Case No. CV412-175 |

## ORDER

Plaintiff Camille Word filed this Federal Fair Debt Collection Practices Act case on June 22, 2012 (doc. 1) but has failed to serve either defendant within the 120 days demanded by F. R. Civ. P. 4(m). The Court thus directs her, within 14 days of the date this Order is served, to show cause why her case should not be dismissed for violating Rule 4(m).

**SO ORDERED**, this 29th day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA